IN THE UNITED STATES DISTRICT COURT
FOR THE **MIDDLE** DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

___ANDREW WILLIAM PANKOTAI,___
___PLAINTIFF_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___1) NORTHUMBERLAND COUNTY___
___COURTHOUSE, 2) NORTHUMBER-___
___-LAND JUDGE WM. HARVEY*___
___*SEE ATTACHED*___

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __4:CV16-0004__

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

FILED
WILLIAMSPORT
JAN 4 2016
PER _____
DEPUTY CLERK

Continued Full List of Defendants

Attachment "A"

- WIEST, 3) NORTHUMBER COUNTY ASSISTANT DISTRICT ATTORNEY WILLIAM COLE, AND 4) ATTORNEY KATHLEEN ANNE LINCOLN.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ANDREW WILLIAM PANKOTAI
   Street Address: 319 EAST SEVENTH STREET
   City and County: MOUNT CARMEL, NORTHUMBERLAND
   State and Zip Code: PENNSYLVANIA 17851
   Telephone Number: 570-540-1259
   E-mail Address: d.pankotai5760@live.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: NORTHUMBERLAND CO. COURTS
   Job or Title (if known):
   Street Address: 201 MARKET STREET, 2nd FL.
   City and County: SUNBURY, NORTHUMBERLAND
   State and Zip Code: PENNSYLVANIA 17801
   Telephone Number: 570-988-4107
   E-mail Address (if known):

   Defendant No. 2

   Name: NORTHUMBERLAND CO. JUDGE
   Job or Title (if known): JUDGE WM. HARVY WEIST
   Street Address: 201 MARKET STREET, 2nd FL.
   City and County: SUNBURY, NORTHUMBERLAND

2

State and Zip Code  PENNSYLVANIA, 17801
Telephone Number   570-988-4167
E-mail Address
(if known)

Defendant No. 3

Name   WILLIAM COLE
Job or Title   ASSISTANT DISTRICT ATTORNEY
(if known)   NORTHUMBERLAND COUNTY
Street Address   201 MARKET STREET, 2nd FL.
City and County   SUNBURY, NORTHUMBERLAND
State and Zip Code   PENNSYLVANIA, 17801
Telephone Number   570-988-4135
E-mail Address
(if known)

Defendant No. 4

Name   KATHLEEN ANNE LINCOLN
Job or Title   PLAINTIFF'S DEFENCE COUNSEL
(if known)
Street Address   1001 ½ PENNSYLVANIA AVE.
City and County   SUNBURY, NORTHUMBERLAND
State and Zip Code   PENNSYLVANIA, 17801
Telephone Number   570-988-4170 or 570-490-3147
E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- 8TH AMENDMENT OF U.S. CONSTITUTION
- 2008-01623, THE PEOPLE, etc., Respondent, v Terry E. Grant, appellant. (Ind. No. 1432/06

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ANDREW W. PANKOTAI is a citizen of the State of *(name)* PENNSYLVANIA.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

Continued List of Defendants (Individual)

Attachment "B"

c. If the defendant is a corporation

The defendant, (name) NORTHUMBERLAND CO. COURTHOUSE is incorporated under the laws of the State (name) PENNSYLVANIA, and has its principal place of business in the State of (name) PENNSYLVANIA.

d. If the defendant is an individual

The defendant, (name) NORTHUMBERLAND CO. ASSISTANT D.A. WILLIAM COLE, is a citizen of the State of (name) PENNSYLVANIA.

e. If the defendant is an individual

The defendant, (name) NORTHUMBERLAND JUDGE WIEST, is a citizen of the State of (name) PENNSYLVANIA.

e. If the defendant is an individual

The defendant, (name) ATTORNEY KATHLEEN LINCOLN, is a citizen of the State of (name) PENNSYLVANIA.

b. If the defendant is a corporation

The defendant, (name) **NORTHUMBERLAND CO. COURTHOUSE**, is incorporated under the laws of the State of (name) **PENNSYLVANIA**, and has its principal place of business in the State of (name) **PENNSYLVANIA**. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**THE PLAINTIFF REQUEST DEFENDANT PAY $100,000.00 FOR BAIL REVOCATION**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**1. ALL DEFENDANTS WERE INVOLVED BY THREATENING TO TAKE MY BAIL AWAY (REVOCATE) IF I DID NOT PLEA GUILTY. THIS VIOLATES MY RIGHTS. AT COURTHOUSE ON 11/9/15**

**2. ALL DEFENDANTS WERE INVOLVED BY KNOWING I WAS UNDER THE CARE OF A DOCTOR AND RECEIVED...**

(SEE ATTACHMENT)

5

"Continued Statement of Claim"

Attachment "C"

NARCOTICS WHICH IMPAIRED MY JUDGEMENT AND TO TAKE BAIL AWAY IF I DIDN'T SHOW. I DID SHOW UP UNDER THE INFLUNACE AND COULD NOT MAKE A VOLUNTARY PLEA. TOOK PLACE AT COURTHOUSE ON NOVEMBER 9, 2015.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF REQUEST GUILTY PLEA BE PULLED AND REINSTATEMENT OF BAIL OF UNSECURE. PLAINTIFF REQUEST $100,000.00 DOLLARS IF BAIL IS SECURED. PLAINTIFF REQUEST DISMISSAL OF ALLEDGED CHARGES, DUE TO MULTIPLE VIOLATION OF RIGHTS.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/04, 2016

Signature of Plaintiff  Andrew-William: Pankotai
Printed Name of Plaintiff Andrew-WILLIAM: Pankotai
319 East 7th Street
Mount Carmel, PA 17851

B. For Attorneys

Date of signing: _____, 20__.

6